DAVID BALAKIAN
Attorney for Defendant
SANTIAGO E. JUAREZ
Attorney for Defendant
Raul Navarette
Pro Hac Vice
P.O. Box 1960
Santa Cruz, New Mexico 87567
505-747-7190

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>RAUL NARRETTE,<br><br>        Defendant | Case No.: 7-CR-00244-00W<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

    The parties hereby stipulate and agree that the sentencing for Raul Navarette be continued.

    Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

    The parties agree that the new sentencing date be set for August 31st, 2009 at 1:30pm if such is convenient on this courts calendar.

                                  Dated August 13, 2009,

                                       /S/DAVID BALAKIAN
                                    DAVID BALAKIAN
                                    Attorney for Defendant
                                    SANTIAGO E. JUAREZ
                                    Attorney Pro Hace Vice

STIPULATION 1

PDF created with pdfFactory trial version www.pdffactory.com

                                         /S/ KEVIN ROONEY
                                         KEVIN ROONEY
                                         Assistant U.S. Attorney
                                         Agrees to Stipulation

## ORDER

**IT IS SO ORDERED**

**DATED: August 14, 2009**

    _/s/ OLIVER W WANGER_____
    **HONORABLE OLIVER WANGER**
    **U.S. DISTRICT COURT JUDGE**

STIPULATION 2

PDF created with pdfFactory trial version www.pdffactory.com